*Cohen,* for appellant.
*John B. Miller,* for appellee.

### 35351. ROLLINS v. DAVIS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED SEPTEMBER 7, 1979 — DECIDED OCTOBER 30, 1979.

*Little & Adams, Robert B. Adams,* for appellant.
*Charles A. Pannell, Jr., District Attorney, Dianne Cook, Assistant District Attorney,* for appellee.